◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CORTEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered April 20, 1988, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.